| | |
|---|---|
| 1 | KILPATRICK TOWNSEND & STOCKTON LLP |
| | ROBERT J. ARTUZ (State Bar No. 227789) |
| 2 | 1080 Marsh Road |
| | Menlo Park, CA 94025 |
| 3 | Telephone: (650) 326-2400 |
| | Facsimile: (650) 326-2422 |
| 4 | Email: rartuz@kilpatricktownsend.com |
| 5 | Attorneys for Nordstrom, Inc. |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DROPLETS, INC.<br><br>Plaintiffs,<br><br>v.<br><br>NORDSTROM, INC.<br><br>Defendants. | Case No. CV 12-04049 (RMW)<br><br>**[PROPOSED] ORDER GRANTING NORDSTROM'S ADMINISTRATIVE MOTION TO REASSIGN CASES TO THE SAME JUDGE**<br><br>**[CIVIL L.R. 3-12, 7-11]** |

The Court having reviewed Defendant Nordstrom, Inc.'s Administrative Motion to Reassign Cases to the Same Judge under Civil Local Rules 3-12 and 7-11 and supporting papers, and for good cause shown, the Court hereby **ORDERS** that the cases listed below are all related pursuant to L.R. 3-12, and all such cases shall be assigned to this Court:

*Droplets, Inc. v. Nordstrom, Inc.*, Case No. 12-cv-04049-RMW (N.D. Cal.) (originally part of Civil Action No. 2:11-cv-401 in E.D. Tex. and subsequently severed into Civil Action No. 2:12-cv-390) ("the Nordstrom action");

*Droplets, Inc. v. Amazon.com, Inc. et al.*, Case No. 3:12-cv-03733-EDL (N.D. Cal.) (originally Civil Action No. 2:11-cv-392 in E.D. Tex.) ("the Amazon action"); and

*Droplets, Inc. v. Williams-Sonoma, Inc.*, Case No. 3:12-cv-04047-JCS (N.D. Cal.) (originally part of Civil Action No. 2:11-cv-401 in E.D. Tex. and subsequently severed into Civil Action No. 2:12-cv-0389) ("the Williams-Sonoma action").

[PROPOSED] ORDER GRANTING NORDSTROM'S ADMINISTRATIVE
MOTION TO REASSIGN CASES TO THE SAME JUDGE
CASE NO. CV 12-04049 (RMW)

1

1     **IT IS SO ORDERED.**

2   DATED: _____

                                            Honorable Ronald M. Whyte
3                                                United Stated District Judge

[PROPOSED] ORDER GRANTING NORDSTROM'S ADMINISTRATIVE
MOTION TO REASSIGN CASES TO THE SAME JUDGE
CASE NO. CV 12-04049 (RMW)

2