Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Droplets, Inc. )
                        Plaintiff(s),  )   Case No: C12 04049 EJD
    v. )
Nordstrom, Inc. )   **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** (CIVIL LOCAL RULE 11-3)
                       Defendant(s).  )

I, Bonnie Grant, an active member in good standing of the bar of Supreme Court of Georgia, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Nordstrom, Inc. in the above-entitled action. My local co-counsel in this case is Robert J. Artuz, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Kilpatrick Townsend & Stockton LLP<br>Two Embarcadero Ctr, 8th Floor | Kilpatrick Townsend & Stockton LLP<br>1080 Marsh Road |
| MY TELEPHONE # OF RECORD:<br>(415) 576-0200 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(650) 462-5336 |
| MY EMAIL ADDRESS OF RECORD:<br>bgrant@kilpatricktownsend.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>rartuz@kilpatricktownsend.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 159024.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 05/30/13                                      Bonnie Grant
                                                                 APPLICANT

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Bonnie Grant is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 6/4/2013                                       [signature]
                                                   UNITED STATES DISTRICT JUDGE