1  (SEE SIGNATURE PAGE FOR ATTORNEY LIST)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DROPLETS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> NORDSTROM, INC., <br><br> Defendant. | Case No. 3:12-cv-04049-JST <br><br> **STIPULATION AND [PROPOSED] ORDER CHANGING THE TIME FOR NORDSTROM'S REPLY BRIEF** |

Pursuant to Civil L.R. 6-2, Defendant Nordstrom, Inc. ("Nordstrom") respectfully submits this stipulated request for an Order changing the time for filing of Nordstrom's reply brief in support of Nordstrom's motion to stay the current litigation, and would show the Court the following:

On June 7, 2013, Nordstrom filed a motion to stay the current litigation pending the final resolution of the reexamination of U.S. Patent No. 7,502,838 (the "'838 patent"), one of the two patents asserted by Plaintiff Droplets, Inc. ("Droplets"). (Dkt. 51, the "Stay Motion.")[1] Droplets

---

[1] Williams-Sonoma Inc. ("WSI") joined in the motion to stay, which was also filed in the related action styled as *Droplets, Inc. v. Williams Sonoma Inc.*, Case No. 5:15-cv-04047-JST. However, on June 27, 2013, this Court entered a minute order noting the dismissal of WSI and directing the clerk to close the WSI action. (Dkt. 69, Case No. 5:15-cv-04047-JST.) As a result, the pending Stay Motion does not relate to WSI and WSI takes no part in the current motion for order changing the time for filing of Nordstrom's reply brief.

filed an opposition to the Stay Motion on June 21, 2013. (Dkt. 61.) The Stay Motion and Droplets' opposition thereto were filed in the San Jose division, while this action was pending before Judge Davila.

Subsequently, on June 20, 2013, Judge Davila entered an order recusing himself from the action and reassigning the action to this Court. (Dkt. 59.) On June 21, 2013, this Court entered an Order directing Nordstrom to renotice the Stay Motion for Hearing, and specifying that briefing schedules on the Stay Motion would remain unchanged. (Dkt. 60.) On June 27, 2013, Nordstrom renoticed the Stay Motion in this Court and set a hearing for August 2, 1013. (Dkt. 63.) Nordstrom's reply in support of the Stay Motion is currently due on June 28, 2013.

Nordstrom respectfully requests a ten (10) day extension of time, up to and including July 8, 2013, in which to file a reply brief in support of the Stay Motion. The requested extension will provide Nordstrom with sufficient time to consider the points raised in Droplets' opposition. (Decl. of Bonnie M. Grant at ¶ 5, "Grant Decl.") The requested extension of time will not affect the schedule for the case, because the Stay Motion is not noticed for a hearing until August 2, 2013 and a Case Management Conference is not set until September 4, 2013. (Grant Decl. at ¶ 6; *see also* Dkts. 62, 63.) Nordstrom has conferred with counsel for Droplets, who confirmed that Droplets does not oppose the requested extension of time. (Grant Decl. at ¶ 7.)

THEREFORE, it is stipulated by the Parties that:

The due date for the filing of Nordstrom's reply brief in support of the Stay Motion is extended up to and including July 8, 2013.

**SO STIPULATED**

DATED: June 28, 2013

By: */s/ Bonnie M. Grant*
E. Danielle T. Williams
dtwilliams@kilpatricktownsend.com
KILPATRICK TOWNSEND & STOCKTON, LLP
1001 W. Fourth Street
Winston-Salem, NC 27101
Telephone: (336) 607-7306

William H. Boice
bboice@kilpatricktownsend.com
Russell A. Korn
rkorn@kilpatricktownsend.com

STIPULATION AND [PROPOSED] ORDER CHANGING
THE TIME FOR NORDSTROM'S REPLY BRIEF
Case No. 3:12-cv-04049 JST

2

|   |   |   |
|---|---|---|
| 1 |   | Bonnie M. Grant |
| 2 |   | bgrant@kilpatricktownsend.com |
|   |   | KILPATRICK TOWNSEND & STOCKTON, LLP |
|   |   | 1100 Peachtree Street, Suite 2800 |
| 3 |   | Telephone: (404) 815-6500 |

Robert J. Artuz
rartuz@kilpatricktownsend.com
KILPATRICK TOWNSEND & STOCKTON, LLP
1080 Marsh Road
Menlo Park, CA 94025
Telephone: (650) 326-2400

***Attorneys for Defendant Nordstrom, Inc.***

DATED: June 28, 2013          By: */s/ Josh W. Budwin*

Courtland Reichman
MCKOOL SMITH HENNIGAN, P.C.
California Bar No. 268873
creichman@mckoolsmith.com
255 Shoreline Drive, Suite 510
Redwood Shores, CA 94065
Tel: 650-394-1400
MCKOOL SMITH, P.C.
Sam F. Baxter (admitted pro hac vice)
Texas State Bar No. 01938000
sbaxter@mckoolsmith.com
104 E. Houston St., Ste. 300
P.O. Box O
Marshall, Texas 75670
Tel: (903) 923-9000

Josh W. Budwin (admitted pro hac vice)
Texas State Bar No. 24050347
jbudwin@mckoolsmith.com
James E. Quigley (admitted pro hac vice)
Texas State Bar No. 24075810
jquigley@mckoolsmith.com
300 West Sixth Street, Suite 1700
Austin, Texas 78701
Tel: (512) 692-8700

***Attorneys for Plaintiff Droplets, Inc.***

STIPULATION AND [PROPOSED] ORDER CHANGING
THE TIME FOR NORDSTROM'S REPLY BRIEF
Case No. 3:12-cv-04049 JST

3

1                                               <u>Filer's Attestation</u>

2     Pursuant to Civil Local Rule 5-1(i)(3), Bonnie Grant, hereby attests that the above-named signatories concur in this filing.

3 DATED: June 28, 2013

                                                                                  /s/ *Bonnie M. Grant*

4                                                                              Bonnie M. Grant

5

6

7 **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

8 DATED: July 2, 2013

9                                            The Honorable Jon S. Tigar
                                           United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28