1
2
3
4
5

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

6

DROPLETS, INC.,                          Case No. C 12-03733-JST

7
                    Plaintiff,           **[PROADED] ORDER GRANTING**
8                                        **JOINT MOTION TO CONTINUE**
       v.                                **CASE MANAGEMENT CONFERENCE**
9
YAHOO!, INC.,
10
                    Defendant.
11
DROPLETS, INC.,
12                                       Case No. C 12-04049-JST
                    Plaintiff,
13                                       **[PROPOSED] ORDER GRANTING**
       v.                                **JOINT MOTION TO CONTINUE**
14                                       **CASE MANAGEMENT CONFERENCE**
NORDSTROM, INC.,
15
                    Defendant.
16

17
       The Court, having reviewed the Joint Motion to Continue Case Management Conference,
18
continues the case management conference until February 27, 2019, with a Joint Case Management
19
Statement due on February 20, 2019.
20

21     **IT IS SO ORDERED.**

22
DATED: January 24, 2019
23                                       _____
                                         The Honorable Jon. S. Tigar
24                                       United States District Judge
25
26
27
28